```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
           -against-                                      :    22-CR-301 (VEC)
                                                               :
                                                               :         ORDER
FREISES SANTANA,                                               :
                                                               :
                          Defendant.          :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS this matter had been wheeled out to the Undersigned; and

      WHEREAS on May 18, 2022, the parties requested that the Court schedule an arraignment and initial pretrial conference.

      IT IS HEREBY ORDERED that the arraignment and initial pretrial conference will be held on **Wednesday, May 25, 2022 at 2:15 P.M.**  The proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

      IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

Date:  May 20, 2022
       New York, NY

                                                     **VALERIE CAPRONI**
                                                     **United States District Judge**