USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                    -against-                                     :    22-CR-301 (VEC)
                                                                  :
                                                                  :    ORDER
FREISES SANTANA,                                                  :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Santana's change-of-plea proceeding is currently scheduled for Monday, June 13, 2022 at 10:30 A.M., Dkt. 12.

IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the proceeding is adjourned to **Wednesday, June 15, 2022 at 1:00 P.M.** The change-of-plea proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that by no later than **Friday, June 10, 2022**, the parties must email Chambers a copy of the *Pimentel* letter in this case.

IT IS FURTHER ORDERED that time is excluded through **Wednesday, June 15, 2022**, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial given the logistical difficulties caused by COVID-19.

**SO ORDERED.**

Date:  June 8, 2022
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**