```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-                     22-CR-301 (VEC)

                                           ORDER

    FREISES SANTANA,

                         Defendant.
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 15, 2022, the parties appeared for a change-of-plea hearing; and

       WHEREAS Mr. Santana entered a plea of guilty, which was accepted by the Court;

       IT IS HEREBY ORDERED that Mr. Santana will be sentenced on **Monday, October 3, 2022 at 11:00 A.M.**  Pre-sentencing submissions are due no later than **Monday, September 19, 2022**.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

_____
**Date:  June 16, 2022**                                                                             **VALERIE CAPRONI**
       **New York, NY**                                                                         **United States District Judge**